IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 5 2006

GREGORY C. LANGHAM
                    CLERK

CIVIL ACTION NO. 05-CV-02454-DBS

Richard Marr,

          Plaintiff(s),

vs.

Colorado Attorney General,
          Defendant(s).

---

### ORDER RETURNING STATE COURT RECORD

---

Upon careful examination of the record, it appears that the disposition of the above captioned case is now final. It is, therefore

**ORDERED** that the Clerk shall return the State Court Record.

DATED at Denver, Colorado, this 9th day of March 2006.

BY THE COURT:

_____
Daniel B. Sparr
Senior United States District Judge

## CERTIFICATE OF MAILING

The undersigned hereby certifies that on the below date a copy of an order returning State Court Record signed by Senior Judge Daniel B. Sparr, was mailed to the following:

Adams County District Court
Adams County Justice Center
1100 Judicial Center Drive
Brighton, Colorado 80601

Date: April 5, 2006                    By: _____
                                            Deputy Clerk